Order entered November 25, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00882-CV

### IN RE TEXAS DEPARTMENT OF PUBLIC SAFETY, Relator

**Original Proceeding from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2013-1-0007**

## ORDER

The Court has before it the motion for rehearing of real party in interest.  The court **DENIES** the motion.  On its own motion, the Court **WITHDRAWS** its opinion and **VACATES** its order of September 5, 2013.  In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**.

By order of September 6, 2013, the trial judge, the Honorable James C. Henderson, Judge of the County Court at Law No. 1, Grayson County, Texas, has **VACATED** his January 31, 2013 "Protective Order Regarding Certain Evidence, and Findings of Fact and Conclusions of Law Relative Thereto" to the extent it relates to any evidence in the possession of relator, in compliance with this Court's order of September 5, 2013.  A certified copy of the this order was filed with this Court on September 10, 2013.  Therefore, no writ will issue.

We **ORDER** that relator recover its costs of this original proceeding from real party in interest.


/s/     DAVID LEWIS
        JUSTICE